JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF CHILDREN SERVICES, <u>et</u> <u>al</u>.,<br><br>　　　　Defendants. | Case No. CV 14-5560 FMO (JEM)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motion and Reconsideration of Prior Order, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 2nd day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge